NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IPA TECHNOLOGIES INC.,**
*Appellant*

**v.**

**GOOGLE LLC,**
*Appellee*

---

2021-1438, 2021-1439

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2019-00733, IPR2019-00734.

---

## JUDGMENT

---

MIEKE K. MALMBERG, Skiermont Derby LLP, Los Angeles, CA, argued for appellant.  Also represented by STEVEN WAYNE HARTSELL, JAIME OLIN, PAUL SKIERMONT, SARAH ELIZABETH SPIRES, Dallas, TX.

NAVEEN MODI, Paul Hastings LLP, Washington, DC, argued for appellee.  Also represented by ARVIND JAIRAM, STEPHEN BLAKE KINNAIRD, JOSEPH PALYS, DANIEL ZEILBERGER; MICHAEL C. HENDERSHOT, Jones Day, Palo Alto, CA

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 11, 2022          /s/ Peter R. Marksteiner
Date                Peter R. Marksteiner
                 Clerk of Court